**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF ALABAMA<br>STATE OF ALASKA<br>STATE OF ARKANSAS<br>STATE OF FLORIDA<br>STATE OF IDAHO<br>STATE OF IOWA<br>STATE OF KANSAS<br>COMMONWEALTH OF KENTUCKY<br>STATE OF LOUISIANA<br>STATE OF MISSISSIPPI<br>STATE OF MISSOURI<br>STATE OF MONTANA<br>STATE OF NEBRASKA<br>STATE OF OHIO<br>STATE OF OKLAHOMA<br>STATE OF SOUTH CAROLINA<br>STATE OF TENNESSEE<br>STATE OF UTAH<br>STATE OF WEST VIRGINIA<br>STATE OF WYOMING<br>　　　　*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security;<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services;<br>U.S. CUSTOMS & BORDER PROTECTION;<br>TROY MILLER, in his official capacity as Acting Commissioner of U.S. Customs & Border Protection;<br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, in his official capacity as Acting Director of U.S. Immigration & Customs Enforcement;<br>　　　　*Defendants.* | Case No. 6:23-cv-7 |

**PLAINTIFF STATES' NOTICE OF APPEAL**

Pursuant to Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Plaintiffs the States of Texas, Alabama, Alaska, Arkansas, Florida, Idaho, Iowa, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, South Carolina, Tennessee, Utah, West Virginia, and Wyoming, and the Commonwealth of Kentucky file this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered on March 8, 2024. ECF No. 306.

| | |
|---|---|
| Dated: March 11, 2024 | Respectfully submitted. |
| | |
| KEN PAXTON | */s/ Ryan D. Walters* |
| Attorney General of Texas | RYAN D. WALTERS |
| | Chief, Special Litigation Division |
| BRENT WEBSTER | Texas Bar No. 24105085 |
| First Assistant Attorney General | Southern District of Texas No. 3369185 |
| | |
| RALPH MOLINA | DAVID BRYANT |
| Deputy Attorney General for Legal Strategy | Special Counsel |
| | Texas Bar No. 03281500 |
| OFFICE OF THE ATTORNEY GENERAL | Southern District of Texas No. 808332 |
| P.O. Box 12548 | |
| Austin, Texas 78711-2548 | GENE P. HAMILTON |
| (512) 463-1700 | JAMES K. ROGERS |
| ryan.walters@oag.texas.gov | America First Legal Foundation |
| david.bryant@oag.texas.gov | Virginia Bar No. 80434 |
| | Southern District of Texas No. 3792762 |
| | 300 Independence Avenue SE |
| | Washington, DC 20003 |
| | (202) 964-3721 |
| | gene.hamilton@aflegal.org |
| | james.rogers@aflegal.org |
| | |
| | JONATHAN F. MITCHELL |
| | Mitchell Law PLLC |
| | 111 Congress Avenue, Suite 400 |
| | Austin, Texas 78701 |
| | (512)686-3940 (phone) |
| | (512)686-3941 (fax) |
| | jonathan@mitchell.law |
| | |
| | *Counsel for the State of Texas* |

Steve Marshall
Alabama Attorney General
Edmund G. LaCour Jr.
Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

Tim Griffin
Arkansas Attorney General
Nicholas J. Bronni
Arkansas Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Nicholas.Bronni@arkansasag.gov

*Counsel for the State of Arkansas*

Raúl R. Labrador
Attorney General of Idaho
Joshua N. Turner, ISB No. 12193
Alan M. Hurst, ISB No. 12425
Office of the Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
josh.turner@ag.idaho.gov
alan.hurst@ag.idaho.gov

*Counsel for the State of Idaho*

Treg Taylor
Attorney General of Alaska
Cori M. Mills
Deputy Attorney General
Christopher A. Robison
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov

*Counsel for the State of Alaska*

Ashley Moody
Attorney General of Florida
James H. Percival (FBN 1016188)
Deputy Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

Brenna Bird
Attorney General of Iowa
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

Kris W. Kobach  
Attorney General of Kansas  
Jesse A. Burris  
Kansas Bar Number 26856  
Assistant Attorney General  
Office of the Kansas Attorney General  
120 SW 10th Avenue, 2nd Floor  
Topeka, Kansas 66612  
Telephone: (785) 368-8197  
Fax: (785) 296-3131  
Jesse.Burris@ag.ks.gov  

*Counsel for the State of Kansas*

Elizabeth B. Murrill  
Attorney General of Louisiana  
Benjamin Aguiñaga  
Solicitor General  
Louisiana Department of Justice  
1885 N. Third Street  
Baton Rouge, Louisiana 70804  
Tel: (225) 326-6766  
murrille@ag.louisiana.gov  

*Counsel for the State of Louisiana*

Andrew Bailey  
Attorney General of Missouri  
Joshua M. Divine, Mo. Bar #69875  
Solicitor General  
Maria Lanahan, Mo. Bar #65956  
Deputy Solicitor General  
Missouri Attorney General's Office  
Post Office Box 899  
Jefferson City, Missouri 65102  
Tel: (573) 751-8870  
Josh.Divine@ago.mo.gov  

*Counsel for the State of Missouri*

Russell Coleman  
Attorney General of Kentucky  
Marc Manley  
Assistant Attorney General  
Kentucky Office of the Attorney General  
700 Capital Avenue, Suite 118  
Frankfort, Kentucky  
Tel: (502) 696-5478  
Marc.Manley@ky.gov  

*Counsel for the Commonwealth of Kentucky*

Lynn Fitch  
Attorney General of Mississippi  
Justin L. Matheny  
Deputy Solicitor General  
Office of the Mississippi Attorney General  
P.O. Box 220  
Jackson, MS 39205-0220  
Tel: (601) 359-3680  
justin.matheny@ago.ms.gov  

*Counsel for the State of Mississippi*

Austin Knudsen  
Attorney General of Montana  
Christian B. Corrigan  
Solicitor General  
Peter M. Torstensen, Jr.  
Assistant Solicitor General  
Office of the Attorney General  
215 N Sanders  
Helena, Montana 59601  
Tel: (406) 444-2026  
Christian.Corrigan@mt.gov  

*Counsel for the State of Montana*

Michael T. Hilgers
Attorney General of Nebraska
Eric J. Hamilton
Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
eric.hamilton@nebraska.gov

*Counsel for the State of Nebraska*

Gentner F. Drummond
Attorney General of Oklahoma
Garry M. Gaskins, II
Solicitor General
Zach West
Director of Special Litigation
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Counsel for the State of Oklahoma*

Jonathan Skrmetti
Tennessee Attorney General
and Reporter
Whitney Hermandorfer
Director of Strategic Litigation
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 741-7403
Whitney.Hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*

Dave Yost
Ohio Attorney General
Mathura Jaya Sridharan
Ohio Deputy Solicitor General
Ohio Attorney General
30 E. Broad St., 17th Floor
Columbus, OH 43215
Tel: (614) 466-8980
mathura.sridharan@OhioAGO.gov

*Counsel for the State of Ohio*

Alan Wilson
Attorney General of South Carolina
Thomas T. Hydrick
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

Sean D. Reyes
Utah Attorney General
Melissa Holyoak
Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel: (801) 538-9600
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

| | |
|---|---|
| Patrick Morrisey<br>Attorney General of West Virginia<br>Lindsay See<br>Solicitor General<br>Michael R. Williams<br>Senior Deputy Solicitor General<br>Office of the West Virginia<br>Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, WV 25305<br>Tel: (681) 313-4550<br>Lindsay.S.See@wvago.gov<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for the State of West Virginia* | Bridget Hill<br>Wyoming Attorney General<br>Ryan Schelhaas<br>Chief Deputy Attorney General<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>Tel: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for the State of Wyoming* |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 11, 2024, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/Ryan D. Walters*
RYAN D. WALTERS

6