

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

*Via ECF*

March 19, 2024

Lyle W. Cayce
Clerk for U.S. Court of Appeals
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:　No. 24-40160　　State of Texas v. DHS
　　　　　　　　　　　USDC NO. 6:23-CV-7

Dear Ms. Mattingly,

　　Pursuant to your email and Ms. Dantrell Johnson's direction Plaintiffs / Appellants file this notice indicating clarification of the Notice of Appeal filed in the above referenced matter as follows:

　　Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, and Dr. Germán Cadenas were granted Intervenor-Defendant status in the trial case below. When the final judgment and notice of appeal were filed, they were inadvertently left off the case style and subsequently, left off the appellate list of parties to this matter.

　　Plaintiffs / Appellants contend that all parties, including the Intervenor-Defendants, should be party to the appeal. Please update the caption to include the Intervenor-Defendants above, listing them as Appellees.

　　　　　　　　　　　　　　　　　*/s/Ryan D. Walters*
　　　　　　　　　　　　　　　　　RYAN D. WALTERS
　　　　　　　　　　　　　　　　　Chief, Special Litigation Division
　　　　　　　　　　　　　　　　　**Counsel for Plaintiffs / Appellants**

### CERTIFICATE OF SERVICE

　　I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 11, 2024, which automatically serves all counsel of record who are registered to receive notices in this case.

　　　　　　　　　　　　　　　　　*/s/Ryan D. Walters*
　　　　　　　　　　　　　　　　　RYAN D. WALTERS