

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

*Via ECF*

April 5, 2024

Lyle W. Cayce
Clerk for U.S. Court of Appeals
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:  No. 24-40160   State of Texas, et al. v. DHS
                    USDC NO. 6:23-CV-7

Dear Mr. Cayce,

    This letter is to inform the Court that on April 4, 2024, Plaintiffs-Appellants filed an Opposed Motion to Reconsider Judgment under Federal Rule of Civil Procedure 59(e) in this case in the U.S. District Court for the Southern District of Texas. In the event the parties receive a ruling on the Motion that affects the appeal, this Court will be notified immediately.

    */s/Ryan D. Walters*
    RYAN D. WALTERS
    Chief, Special Litigation Division
    **Counsel for Plaintiffs / Appellants**

### CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 5, 2024, which automatically serves all counsel of record who are registered to receive notices in this case.

    */s/Ryan D. Walters*
    RYAN D. WALTERS