# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.,

    Plaintiffs-Appellants,          Case No. 24-40160

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

    Defendants-Appellees.

## MOTION FOR WITHDRAWAL OF COUNSEL

Lindsay S. See will be ending her employment with the State of West Virginia, and hereby withdraws her appearance as counsel for the State of West Virginia in the above-captioned case. The State of West Virginia will continue to be represented by Solicitor General Michael R. Williams.

                    Respectfully submitted,

                    */s/ Lindsay S. See*
                    Lindsay S. See
                    West Virginia Attorney General's Office
                    1900 Kanawha Blvd. E, Bldg 1 Rm 26E
                    Charleston, WV 25305
                    (304) 558-2021
                    Lindsay.S.See@wvago.gov
                    *Counsel for Plaintiff-Appellant*
                    *State of West Virginia*

## **CERTIFICATE OF SERVICE**

I certify that on June 24, 2024, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Lindsay S. See*