No. 24-40160

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS, ET AL.,
*Plaintiff - Appellant,*

*v.*

U.S. DEPARTMENT OF HOMELAND SECURITY
*Defendants - Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION
NO. 6:23-CV-00007

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* DRS. STAN VEUGER, TARA WATSON, DOUGLAS HOLTZ-EAKIN, & LEAH BOUSTAN IN SUPPORT OF DEFENDANTS-APPELLEES AND SUPPORTING AFFIRMANCE**

Deborah Malamud
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
dmalamud@cov.com

Brandon R. Gould
Carolyn F. Corwin
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
ccorwin@cov.com
bgould@cov.com

*Attorneys for* Amici Curiae *Drs. Stan Veuger, Tara Watson, Douglas Holtz-Eakin, & Leah Boustan*

August 2, 2024

**SUPPLEMENTAL STATEMENT OF INTERESTED PARTIES**

Pursuant to Fifth Circuit Rule 29.2 and Rule 28.2.1, *amici curiae* make the following supplemental statement of interested parties to fully disclose all those with an interest in this brief.

Amici Curiae
Dr. Stan Veuger
Dr. Tara Watson
Dr. Douglas Holtz-Eakin
Dr. Leah Boustan

Counsel for Amici Curiae
Brandon R. Gould
Carolyn F. Corwin
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bgould@cov.com
ccorwin@cov.com

Deborah Malamud
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
dmalamud@cov.com

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and 29(a)(3), *amici curiae* Drs. Stan Veuger, Tara Watson, Douglas Holtz-Eakin, and Leah Boustan (collectively, "*amici*") respectfully move for leave to file an *Amici Curiae* Brief in Support of Defendants-Appellees and Supporting Affirmance.

**MOVANTS' INTERESTS**

*Amici*, scholars who have written extensively on the subjects of fiscal policy and immigration, have a strong interest in the outcome of this litigation, as demonstrated by the *amicus* brief they filed in the District Court, which is attached to their proposed appellate *amicus* brief for the Court's convenience. They believe the proposed appellate *amicus* brief, which reflects their expertise in economic principles, data analysis, and immigration, will help the Court assess the parties' arguments concerning the fiscal and other economic impacts of the parole program at issue in this case and related data.

**Dr. Stan Veuger** is a senior fellow in economic policy studies at the American Enterprise Institute and a visiting lecturer of economics at Harvard University. He earned a Ph.D. and an A.M. degree in economics from Harvard University. He also holds degrees from Erasmus University Rotterdam, Universitat Pompeu Fabra, University of London, and Utrecht University. Dr. Veuger's research on economics and immigration policy has been published in leading academic and professional

journals, including the Journal of Monetary Economics, the Quarterly Journal of Economics, and the Review of Economics and Statistics.

**Dr. Tara Watson** is professor of economics at Williams College and the Director of the Brookings Institution's Center for Economic Security and Opportunity. She is a research associate of the National Bureau of Economic Research and a co-editor of the Journal of Human Resources. In 2015-2016, Dr. Watson served as deputy assistant secretary for microeconomic analysis in the U.S. Treasury Department's Office of Economic Policy. Dr. Watson earned her Ph.D. in economics from Harvard University. Her research and publications focuses on economic analysis of the social safety net, health, and immigration policies.

**Dr. Douglas Holtz-Eakin** is the President of the American Action Forum. He previously served as a professor of economics at Princeton University, Columbia University, and Syracuse University. From 2001-2002, he was the Chief Economist of the President's Council of Economic Advisers, and from 2003-2005 he served as the director of the Congressional Budget Office. During 2007 and 2008, he was the Director of Domestic and Economic Policy for the John McCain presidential campaign, and he later served as a Commissioner on the Financial Crisis Inquiry Commission. Dr. Holtz-Eakin earned his Ph. D. in economics from Princeton. He has extensive expertise in economic and fiscal policy analysis, including on matters of U.S. immigration policy.

**Dr. Leah Boustan** is a Professor of Economics at Princeton University, where she also serves as the Director of Princeton's Industrial Relations Section. Dr. Boustan is co-director of the Development of the American Economy Program at the National Bureau of Economic Research, and she serves as co-editor at the American Economic Journal: Applied Economics. Her research lies at the intersection between economic history and labor economics and she has authored several books and scholarly articles on migration trends in the U.S. Dr. Boustan earned her Ph.D. in economics from Harvard University.

## CONSENT OF THE PARTIES

On July 26, 2024, *amici*, through undersigned counsel, sought and received consent from counsel for the parties to file the proposed *amici curiae* brief. On that same date, counsel for both Plaintiffs-Appellants and Defendants-Appellees and counsel for the Intervenor Appellees consented to the filing of the proposed *amici curiae* brief.

## REASON FOR AND RELEVANCE OF *AMICI CURIAE*

Prospective *amici* respectfully submit that their brief will assist the Court by providing information relevant to the jurisdictional question of whether the district court correctly held that Plaintiffs-Appellants lack Article III standing for purposes of requesting injunctive and other equitable relief. In view of their expertise, *amici* are well positioned to assist the Court in reviewing the parties' allegations related to

the fiscal and economic impact of the Cuban, Haitian, Nicaraguan, and Venezuelan parole processes on the Plaintiff States. The economic and empirical information and arguments *amici* present in the accompanying memorandum are highly relevant to the district court's holding on Article III standing. Among other matters, the proffered memorandum discusses the lack of support for Plaintiffs-Appellants' claims that the parole program will lead to increased immigration levels and higher fiscal costs for the States. These issues are central to the district court's holding on jurisdictional Article III standing, and the proffered memorandum will assist the Court in evaluating the parties' arguments. *See Crane v. Johnson*, 738 F.3d 244, 252 (5th Cir. 2015).

## CONCLUSION

For the foregoing reasons, *amici* respectfully request that the Court grant leave to file an *amici curiae* brief in support of Defendants-Appellees and supporting affirmance.

Dated:  August 2, 2024                                     Respectfully Submitted,

*/s/ Brandon R. Gould*
Brandon R. Gould
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bgould@cov.com

## CERTIFICATE OF SERVICE

I, Brandon R. Gould, hereby certify that on August 2, 2024, I caused copies

of this Amicus Brief to be served by the Court's Electronic Case Filing System upon:

Aaron L. Nielson
Solicitor General of Texas
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711
Tel.:  (512) 936-1700
Fax:  (512) 474-2697

*Lead Attorney for Plaintiffs-Appellants*[1]

Elissa P. Fudim
Brian Christopher Ward
U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

Erez Reuveni
U.S. Department of Justice
450 5th Street, N.W.
Liberty Square Building
Washington, DC 20001

*Attorneys for Defendants-Appellees*

Monika Y. Langarica
Ahilan T. Arulanantham
Talia Inlender
Sofia Lopez Franco
Center for Immigration Law and Policy
UCLA School of Law
385 Charles E. Young Drive
P.O. Box 951476
Los Angeles, CA 90095

Laura Flores-Perilla
Brandon Galli-Graves
Vanessa Rivas-Bernardy
Esther Sung
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

---

[1] Additional attorneys of record for Plaintiffs-Appellants also served via ECF.

Javier Hidalgo
Raices
P.O. Box 786100
San Antonio, TX 78278

*Attorneys for Intervenors-Appellees*

Date:  August 2, 2024                                    Respectfully Submitted,

                                                        */s/ Brandon R. Gould*
                                                        Brandon R. Gould
                                                        Covington & Burling LLP
                                                        One CityCenter
                                                        850 Tenth Street, NW
                                                        Washington, DC 20001-4956
                                                        (202) 662-6000
                                                        bgould@cov.com

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d), I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 790 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font using Microsoft Word 365.

Date:  August 2, 2024

Respectfully Submitted,

*/s/ Brandon R. Gould*

Brandon R. Gould
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bgould@cov.com