No. 24-40160

# In the United States Court of Appeals for the Fifth Circuit

State of Texas; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Iowa; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Mississippi; State of Mis-souri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of Tennessee; State of Utah; State of West Virginia; State of Wyoming; State of Oklahoma,

*Plaintiffs-Appellants*,

v.

United States Department of Homeland Security; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; U.S. Citizenship and Immigration Services; Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services; U.S. Customs & Border Protection; Troy Miller, Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection; United States Immigration and Customs Enforcement; Tae D. Johnson, Acting Director, U.S. Immigration and Customs Enforcement,

*Defendants-Appellees,*

Valerie Laveus; Francis Arauz; Paul Zito; Eric Sype; Kate Sugarman; Nan Langowitz; German Cadenas,

*Appellees*.

On Appeal from the United States District Court
for the Southern District of Texas, Victoria Division

**MOTION FOR LEAVE FOR LEGAL INFORMATION NETWORK FOR UKRAINE TO FILE A BRIEF OF *AMICUS CURIAE* IN SUPPORT OF INTERVENOR DEFENDANT-APPELLEES**

*(Counsel Listed on Inside Cover)*

---

Amelia T.R. Starr, *Attorney in Charge*

Nishan Bhaumik, *of counsel*
Maya Kapelnikova, *of counsel*
Jaclyn M. Willner, *of counsel*
Zach Zaremba, *of counsel*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
amelia.starr@davispolk.com

*Counsel for* Amicus Curiae
LEGAL INFORMATION
NETWORK FOR UKRAINE

Pursuant to FED. R. APP. P. 29(a)(3) and 5TH CIR. R. 29.1, Legal Information Network for Ukraine respectfully requests this Court's leave to file the accompanying brief of *amicus curiae* in support of intervenor defendant-appellees.

Pursuant to 5TH CIR. R. 27.4, Legal Information Network for Ukraine, through counsel, has contacted all other parties, who have all affirmatively stated their non-opposition or consent to the filing of this motion and related *amicus curiae* brief.

———

Legal Information Network for Ukraine ("LINU") is a legal resources organization that provides timely and accurate US immigration information to all those fleeing their homes as a result of the war in Ukraine, and to those unable to return to their homes because of ongoing military action or fear of persecution. Their immediate objective is to offer legal information to those displaced by the war in Ukraine who are seeking entry to the United States. Much of LINU's services involve assisting Ukrainians understand their options under Uniting for Ukraine ("U4U"), temporary protected status for Ukrainians, asylum, humanitarian parole, and other options. LINU also provides support for those seeking to sponsor Ukrainians and those who need assistance navigating the various benefits that

might be available to them, such as refugee benefits, or benefits designated for Ukrainian Humanitarian Parole.

As one of the few dedicated Ukrainian legal resource providers, LINU is uniquely positioned by having a legal team staffed with senior immigration law experts and volunteers with decades of combined experience in immigration law and policy, who are also leaders in local and national advocacy efforts and are active in the American Immigration Lawyers Association. Their services have a wide reach assisting *thousands* of Ukrainians across the United States seeking safety and sanctuary. As of August 2, 2024, LINU has hosted 55 informational sessions or webinars that attracted nearly 3,000 registrants from individuals, to non-profits, and community leaders, and supported approximately 600 people with their request for legal information and support.

———

LINU draws upon their expertise and large network of Ukrainians engaged with United for Ukraine and other humanitarian programs, to offer to demonstrate to the Court that the highly applauded Uniting for Ukraine parole program served as a model for the nearly indistinguishable parole models for Cuba, Haiti, Nicaragua, and Venezuela. As such, LINU believes their analysis will assist the Court in comparing the two parole programs and evaluating the arguments.

2

For the foregoing reasons, we respectfully request that the Court grant this motion for leave to file the accompanying brief of *amicus curiae*.

Dated: August 2, 2024

Respectfully submitted,

/s/ *Amelia T.R. Starr*

Amelia T.R. Starr, *Attorney in Charge*

Nishan Bhaumik, *of counsel*
Maya Kapelnikova, *of counsel*
Jaclyn M. Willner, *of counsel*
Zach Zaremba, *of counsel*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
amelia.starr@davispolk.com

*Counsel for* Amicus Curiae
LEGAL INFORMATION
NETWORK FOR UKRAINE

**PROOF OF SERVICE**

    I hereby certify that on August 2, 2024, a true and accurate copy of the foregoing document was filed electronically via CM/ECF and served on all counsel of record.

Respectfully submitted,

/s/ *Amelia T.R. Starr*

Amelia T.R. Starr, *Attorney in Charge*

Nishan Bhaumik, *of counsel*
Maya Kapelnikova, *of counsel*
Jaclyn M. Willner, *of counsel*
Zach Zaremba, *of counsel*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
amelia.starr@davispolk.com

*Counsel for* Amicus Curiae
LEGAL INFORMATION
NETWORK FOR UKRAINE
