# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40160   State of Texas v. DHS
                    USDC No. 6:23-CV-7

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Jorge Benjamin Aguinaga
Mr. Ahilan T. Arulanantham
Mr. Nicholas J. Bronni
Mr. Monroe David Bryant Jr.
Mr. Charles F. Capps
Mr. Christian Brian Corrigan
Mr. Matt A. Crapo
Mr. David M.S. Dewhirst
Mr. Joshua M. Divine
Mr. Ivan Espinoza-Madrigal
Ms. Laura Flores-Perilla
Ms. Elissa P. Fudim
Mr. Thomas Elliot Gaiser
Mr. Brandon Galli-Graves
Mr. Garry M. Gaskins II
Ms. Brianne Jenna Gorod
Mr. Brandon R. Gould
Mr. Eric J. Hamilton
Mr. Gene Patrick Hamilton
Ms. Whitney D. Hermandorfer
Mr. Javier Hidalgo
Mr. Alan M. Hurst
Mr. Thomas T. Hydrick
Ms. Talia Inlender
Mr. Dylan L. Jacobs
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour Jr.

Ms. Monika Y. Langarica
Ms. Sofia Lopez Franco
Mr. Justin Lee Matheny
Mr. Jonathan F. Mitchell
Ms. Elizabeth Baker Murrill
Mr. Kartik Naram
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Erez Reuveni
Ms. Vanessa Rivas-Bernardy
Mr. Christopher Alan Robison
Mr. Cory A. Scanlon
Mr. Ryan Schelhaas
Ms. Kelsey LeeAnn Smith
Ms. Mathura Sridharan
Ms. Amelia T.R. Starr
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Joshua N. Turner
Mr. Ryan Daniel Walters
Mr. Brian Christopher Ward
Mr. Eric Harris Wessan
Mr. Zachary Paul West
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams