# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.,

    *Plaintiffs-Appellants*,

v.

DHS, et al.,

    *Defendants-Appellees.*

No. 24-40160

## MOTION TO WITHDRAW COUNSEL

The undersigned attorney for Plaintiff-Appellant State of Idaho respectfully requests that this Court withdraw the appearance of Joshua N. Turner as counsel in the above captioned case because he is ending his service with the State of Idaho. The State of Idaho will continue to be represented by Alan M. Hurst.

Dated: September 12, 2024

Respectfully submitted,

*/s/ Joshua N. Turner*
Joshua N. Turner
Chief of Constitutional Litigation and Policy
Attorney for Plaintiff-Appellant, State of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on the September 12, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ *Joshua N. Turner*
Joshua N. Turner

## CERTIFICATE OF COMPLIANCE

This motion to withdraw complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because this motion contains 51 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). As required by Fed. R. App. P. 27(d)(1)(E), it also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

/s/ *Joshua N. Turner*
Joshua N. Turner