# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 29, 2024

No. 24-40160     State of Texas v. DHS
                 USDC No. 6:23-CV-7

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue; record excerpts must be white; Appellee's brief must be red; Appellant's reply brief must be gray; Amicus brief must be green. You may refer to Fed. R. App. P. 32 for guidance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

    Mr. Jorge Benjamin Aguinaga
    Mr. Ahilan T. Arulanantham
    Mr. Nicholas J. Bronni
    Mr. Monroe David Bryant Jr.
    Mr. Jesse Burris
    Mr. Charles F. Capps
    Mr. Christian Brian Corrigan
    Mr. James E. M. Craig
    Mr. Matt A. Crapo

Mr. David M.S. Dewhirst
Mr. Joshua M. Divine
Mr. Ivan Espinoza-Madrigal
Ms. Laura Flores-Perilla
Ms. Elissa P. Fudim
Mr. Thomas Elliot Gaiser
Mr. Brandon Galli-Graves
Mr. Garry M. Gaskins II
Ms. Brianne Jenna Gorod
Mr. Brandon R. Gould
Mr. Eric J. Hamilton
Mr. Gene Patrick Hamilton
Ms. Whitney D. Hermandorfer
Mr. Javier Hidalgo
Mr. Alan M. Hurst
Mr. Thomas T. Hydrick
Ms. Talia Inlender
Mr. Dylan L. Jacobs
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour Jr.
Ms. Monika Y. Langarica
Ms. Sofia Lopez Franco
Mr. Marc Manley
Mr. Justin Lee Matheny
Mr. Jonathan F. Mitchell
Ms. Elizabeth Baker Murrill
Mr. Kartik Naram
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Erez Reuveni
Mr. Christopher Alan Robison
Mr. Cory A. Scanlon
Mr. Ryan Schelhaas
Ms. Kelsey LeeAnn Smith
Ms. Mathura Sridharan
Ms. Amelia T.R. Starr
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Brian Christopher Ward
Mr. Eric Harris Wessan
Mr. Zachary Paul West
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams