# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 21, 2024

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

No. 24-40160    State of Texas v. DHS

Projected Week of Hearing **02/03/2025**
-------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

CALENDARING DEPARTMENT
clerk_calendaring@ca5.uscourts.gov

Mr. Jorge Benjamin Aguinaga
Mr. Ahilan T. Arulanantham
Mr. Nicholas J. Bronni
Mr. Christian Brian Corrigan
Mr. Matt A. Crapo
Mr. Joshua M. Divine
Mr. Ivan Espinoza-Madrigal

Ms. Laura Flores-Perilla
Ms. Elissa P. Fudim
Mr. Thomas Elliot Gaiser
Mr. Brandon Galli-Graves
Mr. Garry M. Gaskins II
Ms. Brianne Jenna Gorod
Mr. Brandon R. Gould
Mr. Eric J. Hamilton
Ms. Whitney D. Hermandorfer
Mr. Javier Hidalgo
Mr. Alan M. Hurst
Mr. Thomas T. Hydrick
Ms. Talia Inlender
Mr. Dylan L. Jacobs
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour Jr.
Ms. Monika Y. Langarica
Ms. Sofia Lopez Franco
Mr. Justin Lee Matheny
Mr. Kartik Naram
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Christopher Alan Robison
Mr. Cory A. Scanlon
Mr. Ryan Schelhaas
Ms. Kelsey LeeAnn Smith
Ms. Mathura Sridharan
Ms. Amelia T.R. Starr
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Brian Christopher Ward
Mr. Eric Harris Wessan
Mr. Zachary Paul West
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams