# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2024

No. 24-40160    State of Texas v. DHS
                     USDC No. 6:23-CV-7

Dear Counsel:

The above referenced case has been scheduled for oral argument on 02/05/2025. It will be held in New Orleans - West Courtroom at 1:00. The Oral Argument session number is 26.

**Arguing counsel are responsible for electronically filing the Oral Argument Acknowledgment Form by no later than 1/17/25.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Shirley Engelhardt at 504-310-7631.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shirley M. Engelhardt
Shirley M. Engelhardt, Calendar Clerk
504-310-7631

cc:
  Mr. Jorge Benjamin Aguinaga
  Mr. Ahilan T. Arulanantham
  Mr. Nicholas J. Bronni
  Mr. Monroe David Bryant Jr.
  Mr. Charles F. Capps
  Mr. Christian Brian Corrigan
  Mr. Matt A. Crapo
  Mr. David M.S. Dewhirst
  Mr. Joshua M. Divine
  Mr. Ivan Espinoza-Madrigal
  Ms. Laura Flores-Perilla
  Ms. Elissa P. Fudim
  Mr. Thomas Elliot Gaiser
  Mr. Brandon Galli-Graves
  Mr. Garry M. Gaskins II
  Ms. Brianne Jenna Gorod
  Mr. Brandon R. Gould
  Mr. Eric J. Hamilton
  Mr. Gene Patrick Hamilton
  Ms. Whitney D. Hermandorfer
  Mr. Javier Hidalgo
  Mr. Alan M. Hurst
  Mr. Thomas T. Hydrick
  Ms. Talia Inlender
  Mr. Dylan L. Jacobs
  Mr. Matthew F. Kuhn
  Mr. Edmund Gerard LaCour Jr.
  Ms. Monika Y. Langarica
  Ms. Sofia Lopez Franco
  Mr. Justin Lee Matheny
  Mr. Jonathan F. Mitchell
  Ms. Elizabeth Baker Murrill
  Mr. Kartik Naram
  Mr. Aaron Lloyd Nielson
  Ms. Lanora Christine Pettit
  Mr. Anthony J. Powell
  Mr. Stanford E. Purser

```
Mr. Erez Reuveni
Mr. Christopher Alan Robison
Mr. Cory A. Scanlon
Mr. Ryan Schelhaas
Ms. Kelsey LeeAnn Smith
Ms. Mathura Sridharan
Ms. Amelia T.R. Starr
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Brian Christopher Ward
Mr. Eric Harris Wessan
Mr. Zachary Paul West
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams
```