# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

January 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40160   State of Texas v. DHS  
                  USDC No. 6:23-CV-7

The court has granted the motion of attorney, Nicholas J. Bronni, with withdraw as counsel in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Melissa Mattingly_  
Melissa V. Mattingly, Deputy Clerk  
504-310-7719

Mr. Jorge Benjamin Aguinaga  
Mr. Ahilan T. Arulanantham  
Mr. Monroe David Bryant Jr.  
Mr. Jesse Burris  
Mr. Charles F. Capps  
Mr. Christian Brian Corrigan  
Mr. James E. M. Craig  
Mr. Matt A. Crapo  
Mr. David M.S. Dewhirst  
Mr. Joshua M. Divine  
Mr. Ivan Espinoza-Madrigal  
Ms. Laura Flores-Perilla  
Ms. Elissa P. Fudim  
Mr. Thomas Elliot Gaiser  
Mr. Brandon Galli-Graves  
Mr. Garry M. Gaskins II  
Ms. Brianne Jenna Gorod  
Mr. Brandon R. Gould  
Mr. Eric J. Hamilton  
Mr. Gene Patrick Hamilton  
Ms. Whitney D. Hermandorfer  
Mr. Javier Hidalgo  
Mr. Alan M. Hurst  
Mr. Thomas T. Hydrick  
Ms. Talia Inlender  
Mr. Dylan L. Jacobs  
Mr. Matthew F. Kuhn

Mr. Edmund Gerard LaCour Jr.
Ms. Monika Y. Langarica
Ms. Sofia Lopez Franco
Mr. Marc Manley
Mr. Justin Lee Matheny
Mr. Jonathan F. Mitchell
Ms. Elizabeth Baker Murrill
Mr. Kartik Naram
Mr. Aaron Lloyd Nielson
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Erez Reuveni
Mr. Christopher Alan Robison
Mr. Cory A. Scanlon
Mr. Ryan Schelhaas
Ms. Kelsey LeeAnn Smith
Ms. Mathura Sridharan
Ms. Amelia T.R. Starr
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Brian Christopher Ward
Mr. Eric Harris Wessan
Mr. Zachary Paul West
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams