

U.S. Department of Justice

Civil Division, Office of Immigration Litigation

Washington, D.C., 20044

January 21, 2025

**VIA CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> Re:    *Texas v. U.S Dep't of Homeland Sec.*, No. 24-40160
>        (scheduled for oral argument February 5, 2025)

Dear Mr. Cayce:

Pursuant to FRAP 28(j), we write to notify the Court that on January 20, 2025, the President issued an Executive Order that directs the Secretary of Homeland Security to terminate the parole processes Plaintiffs challenge in this appeal, currently scheduled for oral argument on February 5, 2025. *See* Executive Order *Securing Our Borders* (Jan. 20, 2025), *available at* https://www.whitehouse.gov/presidential-actions/2025/01/securing-our-borders/

Plaintiffs challenge parole processes the prior administration put in place for certain Cubans, Haitians, Nicaraguans, and Venezuelans. The President's Executive Order directs the Secretary to take action that will end these programs and is likely to render this case moot once the order is implemented, stating:

> Adjusting Parole Policies.   The Secretary of Homeland Security shall, consistent with applicable law, take all appropriate action to:
>
> ….
>
> (b)   Terminate all categorical parole programs that are contrary to the policies of the United States established in my Executive Orders, including the program known as the "Processes for Cubans, Haitians, Nicaraguans, and Venezuelans."

*Securing Our Borders* § 7(b).

Accordingly, in light of this Executive Order that directs the Secretary to terminate the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans, and the likelihood that this appeal will soon be moot, in the interest of conserving judicial resources, the Court may want to take the argument scheduled for February 5, 2025 off the argument calendar.

Respectfully submitted,

/s/ Brian C. Ward
Brian C. Ward
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

cc: All counsel of record (via CM/ECF):