# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 23, 2025

TO COUNSEL LISTED BELOW:

    No. 24-40160    State of Texas v. DHS

Dear Counsel:

The panel to whom the above referenced case was assigned has determined under FRAP 34(a) that oral argument will not be required in this case. Therefore, counsel need not appear for argument on February 5, 2025.

The case will be decided in due course on the record and briefs on file.

Please acknowledge receipt via email to your courtroom deputy, Shirley_Engelhardt@ca5.uscourts.gov.

    Very truly yours,
    LYLE W. CAYCE, Clerk

    By:_____
    Shirley M. Engelhardt
    Assistant Calendaring Clerk
    504-310-7631

Mr. Jorge Benjamin Aguinaga
Mr. Ahilan T. Arulanantham
Mr. Christian Brian Corrigan
Mr. Matt A. Crapo
Mr. Joshua M. Divine
Mr. Ivan Espinoza-Madrigal
Ms. Laura Flores-Perilla
Ms. Elissa P. Fudim
Mr. Thomas Elliot Gaiser
Mr. Brandon Galli-Graves
Mr. Garry M. Gaskins II
Ms. Brianne Jenna Gorod
Mr. Brandon R. Gould
Mr. Eric J. Hamilton
Ms. Whitney D. Hermandorfer
Mr. Javier Hidalgo
Mr. Alan M. Hurst

Mr. Thomas T. Hydrick
Ms. Talia Inlender
Mr. Dylan L. Jacobs
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour Jr.
Ms. Monika Y. Langarica
Ms. Sofia Lopez Franco
Mr. Justin Lee Matheny
Mr. Kartik Naram
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Christopher Alan Robison
Mr. Cory A. Scanlon
Mr. Ryan Schelhaas
Ms. Kelsey LeeAnn Smith
Ms. Mathura Sridharan
Ms. Amelia T.R. Starr
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Brian Christopher Ward
Mr. Eric Harris Wessan
Mr. Zachary Paul West
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams