**No. 24-40160**

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS, ET AL.,
*Appellants,*

*v.*

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,
*Appellees.*

On Appeal from the United States District Court
for the Southern District of Texas, Victoria Division

## MOTION TO WITHDRAW

Eric J. Hamilton, counsel for the State of Nebraska, respectfully moves this Court to withdraw as counsel of record in this matter. Mr. Hamilton will depart the Office of the Attorney General on January 24, 2025. The State of Nebraska will continue to be represented by Lincoln J. Korell.

Dated: January 24, 2025                    Respectfully submitted.

MICHAEL T. HILGERS                         /s/ Eric J. Hamilton
Attorney General of Nebraska               ERIC J. HAMILTON
                                           Solicitor General

Nebraska Department of Justice             eric.hamilton@nebraska.gov
2115 State Capitol
Lincoln, Nebraska 68509                    Counsel for the State of Nebraska
Tel.: (402) 471-2683
Fax: (402) 471-3297

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 49 words, excluding the parts of the brief exempted by Rule 32(f); and (2) the typeface requirements of Rule 27(d)(1)(E) and Rule 32(a)(5) and the type-style requirements of Rule 27(d)(1)(E) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used to calculate the word count).

/s/ Eric J. Hamilton _
ERIC J. HAMILTON

### CERTIFICATE OF SERVICE

On January 24, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that the document has been scanned for viruses and is free of viruses.

/s/ Eric J. Hamilton
ERIC J. HAMILTON