

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Cory A. Scanlon  
Assistant Solicitor General

(512) 936-1700  
Cory.Scanlon@oag.texas.gov

January 30, 2025

**Via CM/ECF**

Mr. Lyle W. Cayce, Clerk  
Court of Appeals for the Fifth Circuit

    **Re:**    No. 24-40160, *State of Texas, et al., v. U.S. Dep't of Homeland Security*

Dear Mr. Cayce:

    Appellant the State of Texas files this notice to withdraw Lanora C. Pettit as counsel for Appellant. Ms. Pettit has accepted a position outside of the Office of the Attorney General of Texas, and Appellant respectfully requests that she be withdrawn as counsel.

                                    Respectfully submitted.

                                    /s/ Cory A. Scanlon

                                    Cory A. Scanlon  
                                    Assistant Solicitor General

cc: all counsel of record (via E-file)