No. 24-40160

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

State of Texas et al.,

*Plaintiffs-Appellants*,

v.

United States Department of Homeland Security, et al.,

*Defendants-Appellees*,

Valerie Laveus; Francis Arauz; Paul Zito; Eric Sype; Kate Sugarman; Nan Langowitz; German Cadenas,

*Appellees*.

On Appeal from the United States District Court
for the Southern District of Texas, Case No. 6:23-cv-00007

## CONSENT MOTION TO HOLD CASE IN ABEYANCE
## BY DEFENDANT-APPELLEES

BRETT A. SHUMATE
*Acting Assistant*
*Attorney General*
EREZ REUVENI
*Assistant Director*

BRIAN C. WARD
*Senior Litigation Counsel*
ELISSA P. FUDIM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Defendant-Appellees (the government) respectfully move the Court for an order holding this case in abeyance for ninety days. All parties consent to this relief. This appeal concerns four parole processes promulgated by the Department of Homeland Security, which allow for the parole of certain inadmissible aliens from Cuba, Haiti, Nicaragua, and Venezuela. 88 Fed. Reg. 1,266 (Cubans); 88 Fed. Reg. 1,243 (Haitians); 88 Fed. Reg. 1,255 (Nicaraguans); 88 Fed. Reg. 1,279 (Venezuelans) (jointly, the CHNV processes). In February 2023, Plaintiff-Appellants filed an amended complaint challenging the CHNV processes under the Administrative Procedure Act. Following a two-day bench trial in August 2023, the district court for the Southern District of Texas dismissed this case, finding that Appellants failed to demonstrate Article III standing. This appeal followed.

The government submits that there is good cause to grant this request. On January 20, 2025, the President issued an Executive Order that directs the Secretary of Homeland Security (the Secretary) to terminate the CHNV processes. *See* Executive Order *Securing Our Borders* (Jan. 20, 2025), *available at* https://www.whitehouse.gov/presidential-actions/2025/01/securing-our-borders/. The President's Executive Order directs the Secretary to take action that will end these programs and is likely to render this case moot once the order is implemented. It states:

Adjusting Parole Policies. The Secretary of Homeland Security shall, consistent with applicable law, take all appropriate action to:

….

(b) Terminate all categorical parole programs that are contrary to the policies of the United States established in my Executive Orders, including the program known as the "Processes for Cubans, Haitians, Nicaraguans, and Venezuelans."

*Securing Our Borders* § 7(b).

Upon information and belief, the Secretary is in the process of taking steps to implement the President's executive order, which may, when complete, render this case moot. However, the CHNV processes have not yet been formally terminated by the Secretary. Based on the sound rationale of preservation of judicial resources, this Court should hold this case in abeyance. *See e.g. Chlorine Inst., Inc. v. Fed. R.R. Admin.*, 718 F.3d 922, 926 (D.C. Cir. 2013) (holding case in abeyance pending agency action); *Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 384 (D.C. Cir. 2012) (same); *Basardh v. Gates*, 545 F.3d 1068, 1069 (D.C. Cir. 2008) (per curiam) ("Often we issue such orders [holding a case in abeyance] in light of other pending proceedings that may affect the outcome of the case before us."). Indeed, based on the President's Executive Order, on January 23, 2025, this Court cancelled the oral argument previously scheduled for February 5, 2025.

Further, the government has consulted with counsel for Plaintiff-Appellants and counsel for intervenors, and they consent to the relief sought herein.

Accordingly, the government respectfully requests this Court hold this case in abeyance for ninety days. The parties will promptly notify the Court and propose next steps once there has been an agency action.

February 5, 2025                    Respectfully submitted,


                                   */s/ Elissa Fudim*
                                   ELISSA P. FUDIM
                                   Trial Attorney
                                   U.S. Department of Justice, Civil Division
                                   Office of Immigration Litigation,
                                   District Court Section
                                   P.O. Box 868, Ben Franklin Station
                                   Washington, DC 20044
                                   Tel: (202) 598-6073
                                   Email: elissa.p.fudim@usdoj.gov