# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40160   State of Texas v. DHS
                  USDC No. 6:23-CV-7

Enclosed is an order entered in this case.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Dantrell Johnson*

                         By: _____
                         Dantrell L. Johnson, Deputy Clerk
                         504-310-7689

Mr. Jorge Benjamin Aguinaga
Mr. Ahilan T. Arulanantham
Mr. Monroe David Bryant, Jr.
Mr. Charles F. Capps
Mr. Christian Brian Corrigan
Mr. Matt A. Crapo
Mr. David M.S. Dewhirst
Mr. Joshua M. Divine
Mr. Ivan Espinoza-Madrigal
Ms. Laura Flores-Perilla
Ms. Elissa P. Fudim
Mr. Thomas Elliot Gaiser
Mr. Brandon Galli-Graves
Mr. Garry M. Gaskins II
Ms. Brianne Jenna Gorod
Mr. Brandon R. Gould
Mr. Gene Patrick Hamilton
Ms. Whitney D. Hermandorfer
Mr. Javier Hidalgo
Mr. Allen Huang
Mr. Alan M. Hurst
Mr. Thomas T. Hydrick
Ms. Talia Inlender
Mr. Dylan L. Jacobs
Mr. Lincoln J. Korell
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour, Jr.

Ms. Monika Y. Langarica
Ms. Sofia Lopez Franco
Mr. Justin Lee Matheny
Mr. Jonathan F. Mitchell
Ms. Elizabeth Baker Murrill
Mr. Kartik Naram
Mr. Aaron Lloyd Nielson
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Erez Reuveni
Mr. Christopher Alan Robison
Mr. Cory A. Scanlon
Mr. Ryan Schelhaas
Ms. Kelsey LeeAnn Smith
Ms. Mathura Sridharan
Ms. Amelia T.R. Starr
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Brian Christopher Ward
Mr. Eric Harris Wessan
Mr. Zachary Paul West
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams