

OFFICE OF THE ATTORNEY GENERAL
Allen L. Huang
Deputy Solicitor General

**OFFICE OF THE ATTORNEY GENERAL STATE OF FLORIDA**

3507 E Frontage Rd, #200
Tampa, FL 33607
Phone (813) 287-7103
http://www.myfloridalegal.com

February 13, 2025

VIA CM/ECF

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

Re:   No. 24-40160, *State of Texas, et al., v. U.S. Dep't of Homeland Security*

Dear Mr. Cayce,

Appellant the State of Florida files this notice to withdraw Henry C. Whitaker as counsel for the State of Florida. Mr. Whitaker has begun a position outside the Florida Office of the Attorney General, and the State of Florida respectfully requests that he be withdrawn as counsel. I will continue to represent the State of Florida.

Respectfully submitted,

*/s/ Allen L. Huang*
Allen L. Huang
Deputy Solicitor General

cc: all counsel of record (via E-file)