# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 26, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Ahilan T. Arulanantham
Center for Immigration Law and Policy
UCLA School of Law
385 Charles E. Young Drive
P.O. Box 951476
Los Angeles, CA 90095

Mr. Monroe David Bryant Jr.
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Jesse Burris
Office of the Attorney General
for the State of Kansas
120 S.W. 10th Avenue
Second Floor
Topeka, KS 66612-1597

Mr. Charles F. Capps
Office of The Missouri Attorney General
815 Olive Street
Suite 200
Saint Louis, MO 63101-1510

Mr. Christian Brian Corrigan
Montana Attorney General's Office
Montana Department of Justice
215 N. Sanders
Helena, MT 59601

Mr. James E. M. Craig
Office of the Attorney General
Civil Litigation and Constitutional Defense
P.O. Box 83720
Boise, ID 83720

Mr. Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, DC 20001

Mr. David M.S. Dewhirst
Idaho Office of the Attorney General
Office of the Solicitor General
P.O. Box 83720
Suite C210
Boise, ID 83720-0010

Mr. Joshua M. Divine
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Mr. Ivan Espinoza-Madrigal
Lawyers Committee for Civil Rights
61 Batterymarch Street
5th Floor
Boston, MA 02110

Ms. Laura Flores-Perilla
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

Ms. Elissa P. Fudim
U.S. Department of Justice
Civil Division
P.O. Box 868
Ben Franklin Station
Washington, DC 20044-0868

Mr. Thomas Elliot Gaiser
Office of the Attorney General
for the State of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215-3428

Mr. Brandon Galli-Graves
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

Mr. Garry M. Gaskins II
Oklahoma Attorney General
for the State of Oklahoma - Solicitor General Unit
313 N.E. 21st Street
Oklahoma City, OK 73105

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, DC 20036

Mr. Brandon R. Gould
Covington & Burling, L.L.P.
850 10th Street, N.W.
1 City Center
Washington, DC 20001-4956

Mr. Gene Patrick Hamilton
America First Legal Foundation
611 Pennsylvania Avenue, S.E.
Suite 231
Washington, DC 20003

Ms. Whitney D. Hermandorfer
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

Mr. Javier Hidalgo
Raices
P.O. Box 786100
San Antonio, TX 78278

Mr. Allen Huang
Florida Office of the Attorney General
Office of the Solicitor General
3507 E. Frontage Road
Suite 200
Tampa, FL 33607

Mr. Alan M. Hurst
Idaho Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Suite 210

Boise, ID 83720

Mr. Thomas T. Hydrick
Office of the Attorney General
for the State of South Carolina
P.O. Box 11549
Columbia, SC 29211

Ms. Talia Inlender
Center for Immigration Law and Policy
UCLA School of Law
385 Charles E. Young Drive
P.O. Box 951476
Los Angeles, CA 90095

Mr. Dylan L. Jacobs
Office of the Attorney General
for the State of Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201-0000

Mr. Lincoln J. Korell
Office of the Attorney General
for the State of Nebraska
2115 State Capitol
Lincoln, NE 68509-8920

Mr. Matthew F. Kuhn
Office of the Attorney General
Office of the Solicitor General
700 Capital Avenue
Suite 118
Frankfort, KY 40601

Mr. Edmund Gerard LaCour Jr.
Office of the Attorney General
for the State of Alabama
501 Washington Avenue
Montgomery, AL 36104-0000

Ms. Monika Y. Langarica
Center for Immigration Law and Policy
UCLA School of Law
385 Charles E. Young Drive
P.O. Box 951476
Los Angeles, CA 90095

Ms. Sofia Lopez Franco
Center for Immigration Law and Policy
UCLA School of Law

385 Charles E. Young Drive
P.O. Box 951476
Los Angeles, CA 90095

Mr. Marc Manley
Office of the Attorney General
for the Commonwealth of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Kartik Naram
Office of the New York State Attorney General
Solicitor General's Office
28 Liberty Street
New York, NY 10005

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Anthony J. Powell
Office of the Attorney General
for the State of Kansas
120 S.W. 10th Avenue
Topeka, KS 66612-1597

Mr. Stanford E. Purser
Office of the Attorney General
for the State of Utah
160 E. 300, S.
5th Floor

Salt Lake City, UT 84114-0857

Mr. Erez Reuveni
U.S. Department of Justice
Office of Immigration Litigation - Civil Division
450 5th Street, N.W.
Liberty Square Building
Washington, DC 20001

Mr. Christopher Alan Robison
Alaska Attorney General's Office
1031 W. 4th Avenue
Suite 200
Anchorage, AK 99501-0000

Mr. Cory A. Scanlon
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Ryan Schelhaas
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002

Ms. Kelsey LeeAnn Smith
Louisiana Department of Justice
Office of the Attorney General
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Mathura Sridharan
Office of the Attorney General
for the State of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215-3428

Ms. Amelia T.R. Starr
Davis, Polk & Wardwell, L.L.P.
450 Lexington Avenue
New York, NY 10017

Ms. Esther Sung
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

Ms. Karen Cassandra Tumlin

Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027


Mr. Brian Christopher Ward
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044


Mr. Eric Harris Wessan
Iowa Department of Justice
Solicitor General
1305 Walnut Street
Second Floor
Des Moines, IA 50319


Mr. Zachary Paul West
Oklahoma Attorney General
for the State of Oklahoma - Solicitor General Unit
313 N.E. 21st Street
Oklahoma City, OK 73105


Mr. Michael Ray Williams
Office of the Attorney General
for the State of West Virginia
1900 Kanawha Boulevard, E.
State Capitol
Building 1, Room 26E
Charleston, WV 25305-0000


　　　No. 24-40160　State of Texas v. DHS
　　　　　　　　　　USDC No. 6:23-CV-7


Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.


　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　　　　　/s/ Shea E. Pertuit
　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Shea E. Pertuit, Deputy Clerk
　　　　　　　　　　　　　　　　　　504-310-7666

Case No. 24-40160

State of Texas; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Iowa; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of Tennessee; State of Utah; State of West Virginia; State of Wyoming; State of Oklahoma,

    Plaintiffs - Appellants

v.

United States Department of Homeland Security; Kristi Noem, Secretary, U.S. Department of Homeland Security; U.S. Citizenship and Immigration Services; Kika Scott, Acting Director of U.S. Citizenship and Immigration Services; U.S. Customs & Border Protection; Troy Miller, Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection; United States Immigration and Customs Enforcement; Tae D. Johnson, Acting Director, U.S. Immigration and Customs Enforcement,

    Defendants - Appellees

Valerie Laveus; Francis Arauz; Paul Zito; Eric Sype; Kate Sugarman; Nan Langowitz; German Cadenas,

    Appellees