**STATE OF TENNESSEE**

# Office of the Attorney General



**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER
P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615) 741-3491
FACSIMILE (615) 741-2009

July 15, 2025

**VIA CM/ECF**

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   No. 24-40160, *State of Texas, et al. v. U.S. Dep't of Homeland Security*

Dear Mr. Cayce:

Appellant the State of Tennessee files this notice to withdraw Whitney D. Hermandorfer as counsel for the State of Tennessee. Ms. Hermandorfer is departing employment at the Office of the Tennessee Attorney General and Reporter effective July 15, 2025, and will no longer be associated with this case. The State of Tennessee respectfully requests that she be withdrawn as counsel and terminated from the electronic docket. I will continue to represent the State of Tennessee as counsel of record.

Respectfully submitted,

*/s/ James Matthew Rice*
Solicitor General

cc: All counsel of record (via E-file)